BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, CA 94070
Tel: (650) 594-0195

ERIC H. SCHWEITZER
2150 Tulare Street
Fresno, CA 93721
(559) 266-9800

Attorneys for the Plaintiff Class

IN THE UNITED STATES DISCTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. BROWN, individually and on Behalf of a Class of Persons similarly situated, | ) )  NO: CIV S 04-2008 FCD/PAN ) |
| Plaintiffs, | ) ) |
| Vs. | ) Stipulation and Order for ) Continuance |
| COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, DEPUTY RICHARD DUNSING, DEPUTY SEMILLO, DEPUTY MENDEZ, LT. MENDOZA, and DOES I through X, inclusive) | ) ) ) "AS MODIFIED" ) ) ) |
| Defendants. | ) |

RECITALS

1. The pre-trial conference is currently set for March 31, 2006. On March 29, 2006 there will be a total eclipse of the sun visible in Turkey. Plaintiff's counsel, Bruce W. Nickerson has been planning on seeing this eclipse for several years, and has airline and hotel reservations for that day. It would be extremely difficult if not impossible for him to return March 31 for the pre-trial conference.

NOW THEREFORE the parties stipulate as follows:

The date of the pretrial conference shall be continued one week to April 7, 2006.

Dated: July 18, 2005						/s-<u>Bruce W. Nickerson</u>
								Attorney for Plaintiff

Dated: July 18, 2005						/s-<u>Daniel C. Cederborg</u>
								Attorney for Defendants

ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED

that the pretrial conference be continued to April 21, 2006, at 2:30pm.

Dated: July 18, 2005						<u>/s/ Frank C. Damrell Jr.</u>
								Honorable Frank C. Damrell
								U.S. District Judge