OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
DANIEL C. CEDERBORG, CSB #124260
Deputy County Counsel
JASON R. MORRISH, CSB#192686
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
  COUNTY OF SAN JOAQUIN, SHERIFF BAXTER
    DUNN and SHERIFF's DEPARTMENT
  OF SAN JOAQUIN COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. BROWN, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, DEPUTY RICHARD DUNSING, DEPUTY SEMILLO, DEPUTY MENDEZ, LT. MENDOZA and DOES I through X inclusive,<br><br>Defendants. | CASE NO. CIV.S-04-2008 FCD PAN<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING COUNTY'S MOTION IN PART AND IMPOSING DISCOVERY SANCTIONS**<br><br>Date:  January 25, 2006<br>Time:  9:00 a.m.<br>Courtroom: 25<br>Hon. Peter A. Nowinski |

The County of San Joaquin's Motion for An Order Compelling Discovery and/or Imposing Discovery Sanctions having come on for hearing before the Court on January 25, 2006, the Plaintiff being represented by counsel Bruce W. Nickerson, and the County of San Joaquin being represented by counsel Daniel C. Cederborg, the Court having heard and considered the papers filed herein and the arguments of counsel and good cause appearing,

///

IT IS HEREBY ORDERED THAT the County of San Joaquin's Motion for An Order Compelling Discovery and/or Imposing Discovery Sanctions is granted in part as follows:

1) The testimony of Plaintiff's proposed expert witness, Jeffrey LeTourneau is excluded from evidence in this action due to the failure of Plaintiff to provide a written expert report at the time of designation of the expert pursuant to the requirements of Rule 26 of the Federal Rules of Civil Procedure and the Court's Status (Pretrial Scheduling) Order; and

2) All photographs proffered by the Plaintiff which were taken prior to the date of this order are excluded from evidence in this action with the exception of the photograph taken by Plaintiff's wife of the door of the restroom, which photograph has been produced to the Defendants herein.  Plaintiff is also barred from introducing into evidence photographs that attempt or purport to portray the position of the Plaintiff or the arresting officers on the date of the arrest at issue in this action.  The parties are free to stipulate to the use of other photographic or video demonstrative exhibits or evidence displaying the general area of the arrest of the Plaintiff at issue in this action including but not limited to the restroom facilities at the McHenry Avenue Recreation Area.

Dated: _February 6_, 2006 .         By:   /s/ Peter A. Nowinski
                                          Hon. Peter A. Nowinski
                                          United States Magistrate Judge

2

Order Re Discovery Sanctions