OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
DANIEL C. CEDERBORG, CSB #124260
Deputy County Counsel
JASON R. MORRISH, CSB#192686
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
  COUNTY OF SAN JOAQUIN, SHERIFF BAXTER
  DUNN and SHERIFF's DEPARTMENT
  OF SAN JOAQUIN COUNTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. BROWN, individually and on behalf of Class of Persons similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY and DOES I through X inclusive,<br><br>          Defendants. | CASE NO. CIV.S-04-2008 FCD PAN<br><br>**STIPULATED ORDER SETTING HEARING ON DISPOSITIVE MOTION**<br><br>**"AS MODIFIED"** |

_____

        Plaintiff ROGER T. BROWN and Defendants COUNTY OF SAN JOAQUIN, SHERIFF

BAXTER DUNN, DEPUTY RICHARD DUNSING, DEPUTY SEMILLO, DEPUTY

MENDEZ, and LT. MENDOZA, by and through their respective counsel, respectfully submit

this STIPULATED ORDER SETTING HEARING ON DISPOSITIVE MOTION  for

consideration by the Court.  The Parties believe that good cause exists for the requested

extension for the dispositive motion hearing deadline, presently set for March 24, 2006, as set

forth below due primarily to Plaintiff Counsel Bruce W. Nickerson's absence from the country

1

Stipulation and Order re Dispositive Motion Hearing

1   during the end of March for a previously scheduled trip to Turkey.

2                                    STIPULATION

3        The Parties hereby stipulate as follows:

4        1.      On November 17, 2005, the Court entered its Stipulated Order Extending Pretrial

5   Scheduling Deadlines - "As Modified" that established the following deadlines in this litigation:

6        January 31, 2006      Completion of Discovery

7        March 24, 2006        Deadline for Hearings on Dispositive Motions

8        June 2, 2006          Pre-trial Conference

9        August 22, 2006       Trial

10       2.      In the stipulation, the parties inadvertently set the deadline for dispositive motions

11   on March 24, 2006 at a time when Counsel for Plaintiff Bruce W. Nickerson was scheduled to be

12   out of the country in Turkey.  This previously scheduled trip had already required a stipulation of

13   the parties, approved by the Court to move the original date set for the pre-trial conference in this

14   action.

15       3.      The parties have completed discovery.  The Defendants made witnesses available

16   for deposition on February 3, 2006 pursuant to a stipulation with Plaintiff's Counsel.

17       4.      The parties now agree to, and request the Court's permission for the setting of the

18   hearing on a motion for summary judgment and/or adjudication by the Defendants on April 17,

19   2006, after Plaintiff's Counsel returns from Turkey.  The parties will be meeting and conferring

20   prior to the filing of Defendants motion for summary judgment and/or summary adjudication to

21   eliminate by stipulation all causes of action or parties that are no longer at issue.

22       5.      Plaintiff's Counsel is unavailable on June 16, 2006 and if the Court deems it

23   necessary to reset the date or dates for the Pre-trial Conference and for the commencement of

24   trial, the parties request the neither date be reset to June 16, 2006.

25       WHEREFORE, the parties stipulate to and request from the Court an order as follows:

26       1.      That the deadline for the hearing on the Defendants' motion for summary

27   judgment and/or adjudication be extended to April 17, 2006 and hearing of said motion be set for

28   that date;

2

Stipulation and Order re Dispositive Motion Hearing

2.  That the notice of motion and all papers related to the motion be filed and served in compliance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of California; and

3.  That the Court, if necessary, re-set the Pre-Trial Conference and the Trial date as the Court deems appropriate to any date or dates other than June 16, 2006.

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

Dated: February 8, 2006                    By: ____/s/ Daniel C. Cederborg____
                                                DANIEL C. CEDERBORG
                                                Deputy County Counsel

                                           Attorneys for Defendants,
                                           COUNTY OF SAN JOAQUIN, SHERIFF
                                           BAXTER DUNN and SHERIFF'S
                                           DEPARTMENT OF SAN JOAQUIN
                                           COUNTY

Dated: February 8, 2006
                                           By: ___/s/ Bruce W. Nickerson___
                                                BRUCE W. NICKERSON
                                                Attorney at Law

                                           Attorney for Plaintiff,
                                           ROBERT T. BROWN

## ORDER OF THE COURT

The Parties to this action having stipulated to a hearing date for the Defendants' motion for summary judgment and/or summary adjudication, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.  The deadline for the hearing on the Defendants' motion for summary judgment and/or adjudication be extended to April 21, 2006 and hearing of said motion be set for that date; and,

3

Stipulation and Order re Dispositive Motion Hearing

1    2.    The notice of motion and all papers related to the motion be filed and served in

2  compliance with the Federal Rules of Civil Procedure and the Local Rule 78-230 and the new

3  hearing date;

4    3.    All other dates as set in the Pre-Trial Scheduling Order shall remain as set.

5

6

7  Date: February 9, 2006                    /s/ Frank C. Damrell Jr.
                                             Hon. Frank C. Damrell, Jr.
8                                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Stipulation and Order re Dispositive Motion Hearing