OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
DANIEL C. CEDERBORG, CSB #124260
Deputy County Counsel
JASON R. MORRISH, CSB#192686
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
  COUNTY OF SAN JOAQUIN, SHERIFF BAXTER
    DUNN and SHERIFF's DEPARTMENT
   OF SAN JOAQUIN COUNTY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. BROWN, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY and DOES I through X inclusive,<br><br>Defendants. | **CASE NO. CIV.S-04-2008 FCD PAN** (JFM)<br><br>**STIPULATED ORDER EXTENDING TIME FOR OPPOSITION ON COUNTY MOTION FOR SUMMARY JUDGMENT** |

Plaintiff ROGER T. BROWN and Defendants COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, DEPUTY RICHARD DUNSING, DEPUTY SEMILLO, DEPUTY MENDEZ, and LT. MENDOZA, by and through their respective counsel, respectfully submit this STIPULATED ORDER EXTENDING TIME FOR OPPOSITION ON COUNTY MOTION FOR SUMMARY JUDGMENT  for consideration by the Court.  The Court has previously set the hearing on the County Defendant's motion for summary judgment on April 21, 2006. According to the court's local rules, Plaintiff's Opposition would be due on April 7, 2006.

1

Stipulation and Order re Extending Time for Opposition.

Because Plaintiff's counsel, Mr. Nickerson, departs for Turkey this week and will not be returning to this country from Turkey until April 5, 2006, the parties believe that good cause exists for allowing Plaintiff a few days extra time to file and serve the Opposition papers. The parties have met and conferred and have agreed to narrowing the matters at issue on this trial by dismissing certain defendants and some of the causes of action.

## STIPULATION

The Parties hereby stipulate and request the Court order as follows:

1. Defendants shall serve and file by electronic means their Motion for Summary Judgment by March 21, 2006 in conformance with all local rules of court.

2. Plaintiff shall have until April 11, 2006 at 4:00 p.m. to file and serve by electronic means Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff shall also fax a copy of the Opposition papers to defense counsel by the close of business on April 11, 2006.

3. All other filing and service deadlines relevant to the Defendants' Motion for Summary Judgment shall remain unaltered and Defendants shall file and serve their Reply papers, if any, by April 14, 2006.

WHEREFORE, the parties stipulate to and request from the Court an order as follows:

1. Plaintiff shall have until April 11, 2006 at 4:00 p.m. to file and serve by electronic means Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff shall also fax a copy of the Opposition papers to defense counsel by the close of business on April 11, 2006.

2. All other filing and service deadlines relevant to the Defendants' Motion for Summary Judgment shall remain unaltered and Defendants shall file and serve their Reply papers, if any, by April 14, 2006.

///
///

**[Signatures and Proposed Order on Next Page]**

2

Stipulation and Order re Extending Time for Opposition.

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

Dated: March 20, 2006

By:   /s/ Daniel C. Cederborg
     DANIEL C. CEDERBORG
     Deputy County Counsel

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN and SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY

Dated: March 20, 2006

By:   /s/ Bruce W. Nickerson
     BRUCE W. NICKERSON
     Attorney at Law

Attorney for Plaintiff,
ROBERT T. BROWN

## ORDER OF THE COURT

The Parties to this action having stipulated to an extension for the filing and service of Plaintiff's opposition to the Defendants' motion for summary judgment and/or summary adjudication, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.    Plaintiff shall have until April 11, 2006 at 4:00 p.m. to file and serve by electronic means Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff shall also fax a copy of the Opposition papers to defense counsel by the close of business on April 11, 2006.

2.    All other filing and service deadlines relevant to the Defendants' Motion for Summary Judgment shall remain unaltered and Defendants shall file and serve their Reply papers, if any, by April 14, 2006.

Date: March 21, 2006

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Judge

3

Stipulation and Order re Extending Time for Opposition.