OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
DANIEL C. CEDERBORG, CSB #124260
Deputy County Counsel
JASON R. MORRISH, CSB #192686
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
  COUNTY OF SAN JOAQUIN, SHERIFF BAXTER
    DUNN and SHERIFF's DEPARTMENT
   OF SAN JOAQUIN COUNTY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. BROWN, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY and DOES I through X inclusive,<br><br>Defendants. | CASE NO. CIV.S-04-2008 FCD PAN<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AND PARTIES** |

Plaintiff ROGER T. BROWN and Defendants COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, DEPUTY RICHARD DUNSING, DEPUTY SEMILLO, DEPUTY MENDEZ, and LT. MENDOZA, by and through their respective counsel, respectfully submit this **STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS AND PARTIES** for consideration by the Court.  The Parties have reached agreement on dismissing some but not all of the claims and parties in this litigation as set forth below.

/ / /

Stipulation and Order re Dismissal of Certain Claims and Parties.

STIPULATION

The Parties hereby stipulate as follows:

1. All class action allegations are dismissed with prejudice.

2. Sheriff Baxter Dunn, and Sheriff's Deputies Mendez and Semillo are dismissed as defendants for all purposes with prejudice

3. The Second Cause of Action under 42 U.S.C. §1983 based on 1st Amendment Free Speech is dismissed with prejudice as to all defendants.

4. The Fifth and Sixth Causes of Action for conspiracy under federal civil rights statutes are dismissed with prejudice as to all defendants.

5. The Eighth Cause of Action for violation of Unruh and Tome Bane Civil Rights Act is dismissed with prejudice as to all defendants.

6. The remaining Causes of Action and parties shall continue in this action as set forth in the amended complaint.

7. The parties shall each bear their own costs and attorneys fees with respect to the dismissals in this stipulation.

WHEREFORE, the parties stipulate to and request from the Court an order confirming the above stipulation and dismissing certain claims and parties from this action as set above.

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

Dated: April 27, 2006

By: ___/s/ Daniel C. Cederborg___
DANIEL C. CEDERBORG
Deputy County Counsel

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN and SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY

Stipulation and Order re Dismissal of Certain Claims and Parties.

1  Dated:

2  By: _____
BRUCE W. NICKERSON
Attorney at Law

Attorney for Plaintiff,
ROBERT T. BROWN

### ORDER OF THE COURT

The Parties to this action having stipulated to the dismissal of certain claims and parties in this action, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is hereby confirmed and the claims and parties identified in the Stipulation above are hereby dismissed with prejudice.

2. The parties shall each bear their own attorney's fees and costs with respect to the dismissals of claims and parties in this stipulated order.

Date: May 2, 2006          /s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell, Jr.
United States District Judge

3

Stipulation and Order re Dismissal of Certain Claims and Parties.