| | |
|---|---|
| 1 | OFFICE OF THE COUNTY COUNSEL |
|   | County of San Joaquin |
| 2 | DANIEL C. CEDERBORG, CSB #124260 |
|   | Deputy County Counsel |
| 3 | JASON R. MORRISH, CSB #192686 |
|   | Deputy County Counsel |
| 4 | Courthouse - Room 711 |
|   | 222 East Weber Avenue |
| 5 | Stockton, California 95202 |
|   | Telephone: (209) 468-2980 |

Attorneys for Defendants,
  COUNTY OF SAN JOAQUIN, DEPUTY RICHARD
  DUNSING, and LT. MENDOZA

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. BROWN, individually and on behalf of Class of Persons similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY and DOES I through X inclusive,<br><br>　　　　Defendants. | **CASE NO. CIV.S-04-2008 FCD PAN**<br><br>**STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE** |

　　　Plaintiff ROGER T. BROWN and Defendants COUNTY OF SAN JOAQUIN, DEPUTY RICHARD DUNSING, and LT. MENDOZA, by and through their respective counsel, respectfully submit this **STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE** for consideration by the Court.  This stipulation is submitted at the request of Plaintiff's Counsel, Bruce Nickerson, who will be out of the country from July 27, 2006 until August 14, 2006.  Plaintiff has also recently made a settlement offer to the COUNTY OF SAN JOAQUIN that will be considered at the San Joaquin County Board of Supervisors' meeting on

August 1, 2006.  The parties hereby agree to request an order of the Court to a continuance of the Pre-Trial Conference in this matter currently scheduled for August 11, 2006 to a date convenient for the Court at least ten days after August 14, 2006.  The parties will submit their joint Pre-trial Statement one week in advance of any date set for the Conference by the Court.

                                          Respectfully submitted,

                                          OFFICE OF THE COUNTY COUNSEL

Dated: July 17, 2006              By:    /s/ Daniel C. Cederborg
                                               DANIEL C. CEDERBORG
                                               Deputy County Counsel

                                               Attorneys for Defendants,
                                             COUNTY OF SAN JOAQUIN, DEPUTY
                                             RICHARD DUNSING and LT. MENDOZA

Dated: July 17, 2006
                                   By:    /s/ Bruce W. Nickerson
                                               BRUCE W. NICKERSON
                                               Attorney at Law

                                             Attorney for Plaintiff,
                                             ROBERT T. BROWN

## **ORDER OF THE COURT**

    The Parties to this action having stipulated to a continuance of the Pre-trial Conference in this matter currently scheduled for August 11, 2006 and good cause appearing,

    IT IS HEREBY ORDERED THAT:

    The August 11, 2006 date for the Pre-trial Conference is vacated.  The Pre-trial conference in this matter shall take place on September 1, 2006 at 1:30 p.m.  The parties shall file their joint Pre-trial Statement by August 25, 2006.

Date: July 18, 2006                                  /s/ Frank C. Damrell Jr.
                                                Hon. Frank C. Damrell, Jr.
                                                United States District Judge

Stipulation and Order re Continuance of Pre-Trial Conference