```
OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
JASON R. MORRISH, CSB #192686
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
  COUNTY OF SAN JOAQUIN, DEPUTY RICHARD
  DUNSING, and LT. MENDOZA
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. BROWN, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY and DOES I through X inclusive,<br><br>Defendants. | CASE NO. CIV.S-04-2008 FCD PAN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Plaintiff ROBERT T. BROWN and Defendants COUNTY OF SAN JOAQUIN, DEPUTY RICHARD DUNSING, and LT. MENDOZA, by and through their respective counsel, respectfully submit this **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** for consideration by the Court.  Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ["VDRP"].

As required by Local Rule 16-271(i)(2), the parties submit the following

(A)   The parties propose that the VRDP process be completed on or before October 6, 2006, and that the Neutral file confirmation of that completion on or before October 13, 2006.

(B)   The parties suggest that the Pre-Trial Conference currently set for September 1, 2006, be vacated.  There is no trial date.

(C)   There are no pre-trial activities to be completed before the VDRP session is held. The parties are hopeful that a resolution may be achieved with the assistance of the Neutral

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

Dated: August 18, 2006        By:   /s/ Jason R. Morrish
                                    JASON R. MORRISH
                                    Deputy County Counsel

                                    Attorneys for Defendants,
                                    COUNTY OF SAN JOAQUIN, DEPUTY
                                    RICHARD DUNSING and LT. MENDOZA

Dated: August 18, 2006        By:   /s/ Bruce W. Nickerson
                                    BRUCE W. NICKERSON
                                    Attorney at Law

                                    Attorney for Plaintiff,
                                    ROBERT T. BROWN

## ORDER OF THE COURT

The parties to this action having agreed to submit the above-entitled action to the Voluntary Dispute Resolution Program ["VDRP"], and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The above-entitled action be, and hereby is, referred to VDRP.

The September 1, 2006, date for the Pre-Trial Conference is VACATED and RESET for Friday, November 17, 2006 at 3:30 p.m.  The joint pretrial statement shall be filed no later than November 9, 2006.

Dated: August 22, 2006              /s/ Frank C. Damrell Jr.
                                    Hon. Frank C. Damrell, Jr.
                                    United States District Judge