OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
JASON R. MORRISH, CSB #192686
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
  COUNTY OF SAN JOAQUIN, DEPUTY RICHARD
  DUNSING, and LT. MENDOZA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT T. BROWN, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY and DOES I through X inclusive,<br><br>Defendants. | **CASE NO. 2:04-CV-02008-FCD-EFB**<br><br>**STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE** |

Plaintiff ROGER T. BROWN and Defendants COUNTY OF SAN JOAQUIN, DEPUTY RICHARD DUNSING, and LT. MENDOZA, by and through their respective counsel, respectfully submit this **STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE** for consideration by the Court. This matter was previously referred to the VDRP by order of the Court dated August 22, 2006, and rescheduled for a Pre-Trial Conference on November 17, 2006. James R. Kirby II, Esq., was subsequently selected as the neutral. This stipulation is submitted because the availability of the parties and counsel to date has prevented the scheduling of a date and place for the VDRP session. The parties, with the approval and consent of the neutral, hereby agree to request an order of the Court for a continuance of the Pre-

1  Trial Conference in this matter currently scheduled for November 17, 2006, to a date convenient
2  for the Court after January 1, 2007, but not January 26, 2007, or February 13-23, 2007.  The
3  parties will submit their joint Pre-Trial Statement one week in advance of any date set for the
4  Conference by the Court.

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

Dated: November 7, 2006        By:      /s/ Jason R. Morrish
                                                               JASON R. MORRISH
                                                               Deputy County Counsel

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, DEPUTY
RICHARD DUNSING and LT. MENDOZA

Dated: November 7, 2006        By:      /s/ Bruce W. Nickerson
                                                                BRUCE W. NICKERSON
                                                               Attorney at Law

Attorney for Plaintiff,
ROBERT T. BROWN

## **ORDER OF THE COURT**

The parties to this action having stipulated to a continuance of the Pre-Trial Conference in this matter currently scheduled for November 17, 2006, in order to complete the VDRP process, and good cause appearing,

IT IS HEREBY ORDERED THAT:

The November 17, 2006, date for the Pre-Trial Conference is vacated.  The Pre-Trial conference in this matter shall take place on Friday, January 19, 2007 at 2:30 p.m.  The parties shall file their Joint Pre-Trial Statement by January 12, 2007.

Date: November 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order Continuing Pre-Trial Conference