UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT T. BROWN,

          Plaintiff(s),

   v.

COUNTY OF SAN JOAQUIN, et al.,

          Defendant(s).
_____/

NO. CIV. S-04-2008 FCD/EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of voluntary dispute resolution program Coordinator the court has determined that the above action has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 16, 2007. All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: January 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE