OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
JASON R. MORRISH, CSB #192686
Deputy County Counsel
Courthouse - Room 711
222 East Weber Avenue
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants,
  COUNTY OF SAN JOAQUIN, DEPUTY RICHARD
  DUNSING, and LT. MENDOZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. BROWN, individually and on behalf of Class of Persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, SHERIFF BAXTER DUNN, SHERIFF'S DEPARTMENT OF SAN JOAQUIN COUNTY and DOES I through X inclusive,<br><br>Defendants. | **CASE NO. 2:04-CV-02008-FCD-EFB**<br><br>**NOTICE, STIPULATION AND ORDER OF DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, ROBERT T. BROWN, by and through his designated counsel, executed a Request for Dismissal with prejudice as to all parties and all causes of action, which was filed herein on March 9, 2007.

///
///
///
///
///
///

1

Notice of Dismissal

**NOTICE IS FURTHER GIVEN** that Defendants, COUNTY OF SAN JOAQUIN, DEPUTY RICHARD DUNSING, and LT. MENDOZA, by and through their counsel, hereby stipulate to said dismissal, and that the parties to this action therefore stipulate that the above-entitled action be, and hereby is, dismissed pursuant to FRCP 41(a)(1).

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

Dated: March 9, 2007            By:      /s/ Jason R. Morrish
                                         JASON R. MORRISH
                                         Deputy County Counsel

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, DEPUTY
RICHARD DUNSING and LT. MENDOZA

### ORDER OF THE COURT

The parties to this action having stipulated to a dismissal of the above-entitled action pursuant to FRCP 41(a)(1), and good cause appearing,

IT IS HEREBY ORDERED THAT the above-entitled action be, and hereby is, dismissed with prejudice as to all parties and all causes of action.

Date: March 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE